IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **WILLIAM GIDNEY** | ) | |
| | ) | |
| **V.** | ) | 3-06-CV-1398-P |
| | ) | |
| **NO NAMED DEFENDANTS** | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS FURTHER ORDERED that Plaintiff's motions to exceed page limitation, for hearing, for oral argument, to introduce exhibits and to appoint counsel are denied as moot.

SO ORDERED this 22nd day of August 2006.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE